# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129195(29)

DENNIS PERKINS,
   Plaintiff-Appellee,

v

KIRK LEAPHART,
   Defendant-Appellant.

SC: 129195
COA: 263280
Wayne CC: 05-507295-AV
36th DC: 05-305013-LT

_____/

  On order of the Court, the motion for reconsideration of this Court's order of August 30, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

_____
Clerk

d0221